IN THE UNITED STATES DISTRIC COURT

FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| EDMONDSON COMMUNITY ORGANIZATION, INC.<br><br>*Plaintiff,*<br><br>v.<br><br>MAYOR AND CITY COUNCIL OF BALTIMORE<br><br>*Defendant.* | **Civil Action No. 1:24-cv-01921-BAH** |

STIPULATION REGARDING AMENDMENT OF COMPLAINT, RESPONSE DATE, AND DEADLINE FOR 26(f) CONFERENCE

Edmondson Community Organization, Inc. and the Mayor and City Council of Baltimore propose the following deadlines for the Edmondson Community Organization's first amended complaint, the Mayor and City Council's response to the first amended complaint, and the parties' Rule 26(f) conference:

1. The Edmondson Community Organization shall file its first amended complaint on or before October 1, 2024;

2. The Mayor and City Council shall file its required response to the first amended complaint within 30 days after being served with the first amended complaint; and

1

3. The parties shall conduct the conference required by Rule 26(f), Fed. R. Civ. P., within 30 days after service of the first amended complaint.

This stipulation concerning proposed deadlines shall not alter the Edmondson Community Organization's right to seek leave to file a future amended complaint or the Mayor and City Council's right to oppose any such future amendment.

| | |
|---|---|
| _____/s/_____ | _____/s/_____ |
| Steven J. Potter 08841 | Lee H. Ogburn 00118 |
| Baltimore City Department of Law | Maryland Legal Aid |
| 100 N. Holiday Street | 500 E. Lexington Street |
| Baltimore, Maryland 21202 | Baltimore, Maryland 21202 |
| t: 410-396-3945 | t: 410-951-7777 |
| f: 410-547-1025 | f:410-951-7768 |
| steven.potter@baltimorecity.gov | logburn@mdlab.org |
| Counsel for Mayor and City Council of Baltimore | Counsel for Edmondson Community Organization, Inc. |

SO ORDERED:

_____
Brendan A. Hurson, United States District Judge