IN THE UNITED STATES DISTRIC COURT

FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| EDMONDSON COMMUNITY ORGANIZATION, INC., et al.<br><br>*Plaintiffs*,<br><br>v.<br><br>MAYOR AND CITY COUNCIL OF BALTIMORE, et al.<br><br>*Defendants*. | **Civil Action No. 1:24-cv-01921-BAH** |

STIPULATION REGARDING RESPONSE DATE TO AMENDED COMPLAINT FOR CERTAIN DEFENDANTS, BRIEFING ON MOTIONS TO DISMISS, AND TIMING OF RULE 26(f) CONFERENCE

Edmondson Community Organization, Inc., Bonita Anderson, the Mayor and City Council of Baltimore, Michael Mocksten, in his official capacity as Director of Finance, and East Coast Tax Auction, LLC (the Mayor and City Council, Mr. Mocksten, and East Coast together being the "Responding Defendants"), propose the following schedule for: 1) the Responding Defendants' responses to the amended complaint; 2) the plaintiffs' and Responding Defendants' opposition and reply memoranda concerning any motions to dismiss; and 3) the parties' obligations to conduct a 26(f) conference and make their initial disclosures.

1

1. The Mayor and City Council of Baltimore and the Responding Defendants added by the October 1, 2024, amended complaint, each of whom has agreed to waive service under Fed. R. Civ. P. Rule 4(d) and whose responses to the amended complaint would therefore be due on or before December 3, 2024, shall respond to the amended complaint on or before December 18, 2024;

2. The plaintiffs shall oppose any Responding Defendant's motion to dismiss on or before January 24, 2025;

3. Any Responding Defendant filing a motion to dismiss shall reply to the plaintiffs' opposition to that motion on or before February 14, 2025;

4. Tempest LLC has not yet provided a written waiver of the service of summons, although it has indicated through counsel its intent to do so if its response date is extended to December 18, 2024. Plaintiffs will supplement this stipulation to include Tempest LLC in the event it timely agrees to waive service of summons; and

5. In accordance with Rule 104.4 of the Local Rules of the United States District Court for the District of Maryland, the parties shall conduct a Rule 26(f) conference and make their initial disclosures in accordance with the scheduling order issued by the Court.

(Signatures on next page)

| | |
|---|---|
| _____/s/_____ | _____/s/_____ |

Steven J. Potter 08841  
(signed by Lee Ogburn with permission of Steven Potter)  
Baltimore City Department of Law  
100 N. Holiday Street  
Baltimore. Maryland 21202  
p:410-396-3945  
f: 410-547-1025  
steven.potter@baltimorecity.com

Counsel for Mayor and City Council of Baltimore and Michael Mocksten

Lee H. Ogburn 0118  
Maryland Legal Aid  
500 E. Lexington Street  
Baltimore, Maryland 21202  
t: 410-951-7777  
f:410-951-7768  
logburn@mdlab.org

Counsel for Edmondson Community Organization and Bonita Anderson

_____/s_____  
Elchanan "Elliott" Engel 28299  
(signed by Lee Ogburn with permission of Elliott Engel)  
  Berman Boyle Engel  
1777 Reisterstown Road, Suite 265  
Baltimore, Maryland 21208  
p: 410-855-4740  
ee@bbelaw.com

Counsel for East Coast Tax Auction, LLC

SO ORDERED:

_____  
Brendan A. Hurson, United States District Judge