IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

EDMONDSON COMMUNITY  \*
ORGANIZATION, INC., *et al.*,
   *Plaintiffs*,  \*

  v.    No. 1:24-cv-01921-BAH

   \*

MAYOR AND CITY COUNCIL OF  \*
BALTIMORE, *et al.*,
   *Defendants*.

\* \* \* \* \* \* \* \* \* \* \* \*

## STIPULATION TO EXTEND THE TIME FOR THE STATE OF MARYLAND TO INTERVENE

Plaintiffs, the Edmondson Community Organization, Inc. and Bonita Anderson; Defendants, Mayor and City Council of Baltimore, Michael Mocksten, Tempest LLC and East Coast Tax Auctions, LLC; and the State of Maryland, by their undersigned counsel, file this Stipulation to Extend the Time for the State of Maryland in Intervene, and state:

1. Plaintiffs commenced this action by the filing of their complaint (ECF 1) on July 2, 2024. Plaintiffs filed their amended complaint (ECF 22) on October 1, 2024.

2. In accordance with Rule 5.1 of the Federal of the Federal Rules of Civil Procedure, on October 1, 2024, Plaintiffs filed their Rule 5.1 Notice of Constitutional Question (ECF 23) (the "Notice") and served a copy of the Notice upon the State of Maryland (the "State").

3. Pursuant to Rule 5.1, "[u]nless the court sets a later time, the attorney general may intervene within 60 days after the notice is filed or after the court certifies the [constitutional] challenge, whichever is earlier."

4. At present, December 2, 2024 is the deadline by which the State may intervene in this matter.

5. The undersigned parties stipulate that the deadline for the State to intervene shall be extended to that date which is thirty (30) days from when the Court enters an order ruling on the motions to dismiss the Defendants expect to file in this matter.

WHEREFORE, the parties request that this Court enter an order approving this stipulation and providing that the deadline for the State to intervene shall be extended to that date which is thirty (30) days from when the Court enters an order ruling on Defendants' motions to dismiss.

Respectfully submitted,

ANTHONY G. BROWN
Attorney General of Maryland

/s/ Elchanan Engel, Esq.
_____  /s/ Howard R. Feldman
ELCHANAN "ELLIOTT" ENGEL  _____
Federal Bar No. 28299  HOWARD R. FELDMAN
(signed by Howard R. Feldman with the  Federal Bar No. 05991
permission of Elchanan Engel)  Assistant Attorney General
Berman Boyle Engel  Office of the Attorney General
1777 Reisterstown Road  200 Saint Paul Place, 20th Floor
Suite 265  Baltimore, Maryland  21202
Pikesville, Maryland  21208  hfeldman@oag.state.md.us
ee@bbelaw.com  (410) 576-6445
(667) 217-5150  (410) 576-6955 (facsimile)

Attorneys for East Coast Tax Auctions, LLC  Attorneys for the State of Maryland

/s/ Lee H. Ogburn, Esq.  
_____  
LEE H. OGBURN  
Federal Bar No. 0118  
(signed by Howard R. Feldman with the permission of Lee H. Ogburn)  
Maryland Legal Aid  
500 East Lexington Street  
Baltimore, Maryland  21202  
logburn@mdlab.org  
(410) 951-7777  
(410) 951-7768 (facsimile)  

Attorneys for Edmondson Community Organization, Inc. and Bonita Anderson

/s/ Anthony D. Onwuanibe  
_____  
ANTHONY C. ONWUANIBE  
Federal Bar No. 25401  
(signed by Howard R. Feldman with the permission of Anthony C. Onwuanibe)  
Law Office of Anthony C. Onwuanibe  
114 West Mulberry Street  
Baltimore, Maryland 21201  
anthony@onwuanibe-law.com  
(410) 779-7040  
(410) 779-7045 (facsimile)  

Attorneys for Tempest LLC

/s/ Steven J. Potter, Esq.  
_____  
STEVEN J. POTTER  
Federal Bar No. 08841  
(signed by Howard R. Feldman with the permission of Steven J. Potter)  
Baltimore City Law Department  
100 North Holliday Street - Suite 101  
Baltimore, Maryland  21202  
steven.potter@baltimorecity.com  
(410) 396-3945  
(410) 547-1025 (facsimile)  

Attorneys for Mayor and City Council of Baltimore and Michael Mocksten

SO ORDERED:

_____  
United States District Judge

**CERTIFICATE OF SERVICE**

I certify that, on this 25th day of November, 2024 the foregoing was served by CM/ECF on all registered CMF users and by first-class mail and email on the following:

Steven J. Potter, Esq.
Baltimore City Law Department
100 North Holliday Street - Suite 101
Baltimore, Maryland  21202

Anthony C. Onwuanibe, Esq.
Law Office of Anthony C. Onwuanibe
114 West Mulberry Street
Baltimore, Maryland 21201

/s/ Howard R. Feldman
_____
Howard R. Feldman