IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| EDMONDSON COMMUNITY ORGANIZATION, INC., *et. al.*, | * | |
| | * | |
| *Plaintiffs*, | * | |
| v. | * | Civil Action No. 1:24-cv-01921-BAH |
| | * | |
| MAYOR AND CITY COUNCIL OF BALTIMORE, *et. al.*, | * | |
| | * | |
| *Defendants.* | * | |

**ENTRY OF APPEARANCE**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for Defendants Mayor and City Council of Baltimore and Michael Mocksten, in his official capacity as the Director of Finance for the Mayor and City Council of Baltimore.

I certify that I am admitted to practice in this Court.

                              Respectfully submitted,

                              /s/ Steven J. Potter
                              Steven J. Potter
                              Fed. Bar no. 08841
                              Baltimore City Department of Law
                              100 N. Holiday Street, First Floor
                              Baltimore, Maryland 21202
                              p:410-396-3945
                              f: 410-547-1025
                              m:410-493-3006
                              steven.potter@baltimorecity.gov
                              Counsel for Mayor and City Council of
                              Baltimore and Michael Mocksten, Defendants

Date: December 18, 2024

<u>Certificate of Service</u>

A copy of the foregoing was served on all counsel of record via the CM/ECF system in accordance with Fed. Rule of Civil Pro. 5(a).

/s/Steven J. Potter
Steven J. Potter