**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

**EDMONDSON COMMUNITY ORGANIZATION, INC.,** *et al.*

   **Plaintiffs**

**v.**

**MAYOR AND CITY COUNCIL OF BALTIMORE,** *et al.*

   **Defendants**

**Case No. 1:24-cv-01921-BAH**

## <u>CONSENT MOTION TO EXTEND TIME</u>

The Defendants, Tempest LLC ("Tempest"), East Coast Tax Auction, LLC ("ECTA"), Mayor and City Council of Baltimore City (the "City") and Michael Mocksten (the "Director"), by and through their respective, undersigned attorneys, submit this Consent Motion to Extend Time, and state:

1.     All Defendants have moved to dismiss the Plaintiffs' Amended Complaint. *See* ECF Nos. 35, 37 & 39.

2.     Plaintiffs have sought leave to file a single, 60-page, consolidated brief in opposition to the three Motions to Dismiss filed by the Defendants. *See* ECF No. 40.

3.     The Defendants do not consent to the Plaintiffs' proposal, as indicated in Plaintiffs' motion. *See* ECF No. 40-1 at p.3; ECF No. 40-2.

4.     The Defendants intend to oppose Plaintiffs' motion, on the grounds that, among other things, Plaintiffs' proposed briefing order would make briefing confusing and *less efficient* for the Court and Defendants.

1

5.    On January 2, 2025 at 10:21 AM, the Court, *sua sponte*, ordered Defendants to respond to ECF No. 40 the following day, January 3, 2025.

6.    Defense counsel promptly attempted to confer about filing a joint response within the scheduled deadline.  Upon attempting to confer, counsel for Tempest and ECTA learned that Steven Potter, Esq. ("Mr. Potter"), counsel for the City the Director, was faced with a family emergency and was unable to confer and/or prepare an opposition within the abbreviated timeline ordered by the Court.

7.    Upon learning of Mr. Potter's emergency, Tempest and ECTA's counsel immediately reached out to Plaintiffs' counsel and sought consent to an extension of time to respond to ECF No. 40, through January 7, 2025, which is the deadline that Plaintiffs had previously proposed. *See* Exhibit 1 (detailing the prior proposed response deadline); Exhibit 2 (discussing the Plaintiffs' consent to this motion).

8.    Plaintiffs consented to the relief requested herein, with the caveat that their reasons for consenting be made clear to the court, to wit:

| | |
|---|---|
| **From:** | Robert Friedman <robert@guptawessler.com> |
| **Sent:** | Thursday, January 2, 2025 6:42 PM |
| **To:** | Elliott Engel |
| **Cc:** | Aaron D. Neal; Steven.Potter@baltimorecity.gov; Lee Ogburn |
| **Subject:** | Re: ECO v. Baltimore |

Based on your representation that you would like to consult with Steven before filing and as a courtesy to him, we will agree to extend the deadline for everyone so long as you express in your motion that counsel is experiencing a family emergency.  We would like the court to understand that we are consenting for that reason, not because we think time is not of the essence. Additionally, we ask that you extend the courtesy back by filing as soon as practicable and not waiting until 7th just because you may have the additional time.

*See* Exhibit 2 at p.1.

WHEREFORE, this Court should grant this consent motion in accordance with the attached proposed order.

Respectfully submitted,

McNamee, Hosea, P.A.


_/s/ Aaron D. Neal_
Aaron D. Neal (Bar No. 28566)
6404 Ivy Lane, Suite 820
Greenbelt, Maryland 20770
Tel.    301-441-2420
Fax    301-982-9450
aneal@mhlawyers.com

*Attorneys for Tempest LLC*


Respectfully submitted,

_/s/ Elchanan "Elliott" Engel_
Elchanan ("Elliott") Engel, Bar No. 28299
**BERMAN, BOYLE & ENGEL LLC**
1777 Reisterstown Road, Suite 265
Baltimore, Maryland 21208
667-217-5150
ee@bbelaw.com

*Attorney for East Coast Tax Auction, LLC*

Respectfully submitted,


/s/ Steven J. Potter
Steven J. Potter
Fed. Bar no. 08841
Baltimore City Department of Law
100 N. Holiday Street, First Floor
Baltimore, Maryland 21202
p:410-396-3945
f: 410-547-1025
m:410-493-3006
steven.potter@baltimorecity.gov
Counsel for Mayor and City Council of
Baltimore and Michael Mocksten, Defendants

3

**<u>Certificate of Service</u>**

I hereby certify that on January 3, 2025, the foregoing paper was filed via CM/ECF and thus served electronically upon all counsel of record, to wit:

Lee H. Ogburn, Esq.
Deepak Gupta, Esq.
Jennifer Bennett, Esq.
Robert D. Friedman, Esq.
Elchanan Engel, Esq.


_/s/ Aaron D. Neal_____
Aaron D. Neal