IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| EDMONDSON COMMUNITY ORGANIZATION, INC., ET AL., | * | |
| | * | |
| Plaintiffs, | * | |
| v. | * | Civil No. 24-1921-BAH |
| MAYOR AND CITY COUNCIL OF BALTIMORE, ET AL., | * | |
| Defendants. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

For the reasons stated in the accompanying memorandum opinion, it is **ORDERED** that:

(1) Defendants' motions to dismiss, ECFs 35, 37, and 39, are **GRANTED** in part and **DENIED** in part;

(2) Plaintiffs' 42 U.S.C. § 1983 claim (Count I) and Plaintiffs' claim for declaratory relief under 28 U.S.C. § 2201 (Count III) survive Defendants' motions to dismiss;

(3) Plaintiffs' claim directly under the Constitution (Count II) and Plaintiffs' claim for unjust enrichment (Count IV) are dismissed without prejudice;

(4) Plaintiffs' claims against Defendant Mocksten in his official capacity are dismissed without prejudice.

Dated: August 22, 2025

/s/
Brendan A. Hurson
United States District Judge