IN THE UNITED STATES DISTRIC COURT

FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| EDMONDSON COMMUNITY ORGANIZATION, INC., et al.<br><br>*Plaintiffs*,<br><br>v.<br><br>MAYOR AND CITY COUNCIL OF BALTIMORE, et al.<br><br>*Defendants.* | **Civil Action No. 1:24-cv-01921-BAH** |

## PLAINTIFFS' MOTION FOR EXTENSION OF TIME

Edmondson Community Organization, Inc. and Bonita Anderson move for an extension of time from October 21, 2025, to October 24, 2025, to oppose East Coast Tax Auction LLC and Tempest LLC's letter motion to stay or, in the alternative, for leave to file an interlocutory appeal. East Coast and Tempest consent to this motion.

The grounds for this motion are set forth in the attached memorandum.

Dated: October 15, 2025

Respectfully submitted,

/s/ *Robert D. Friedman*
ROBERT D. FRIEDMAN*
DEEPAK GUPTA*
GUPTA WESSLER LLP
2001 K Street, NW
Suite 850 North
Washington, DC 20006
(202) 888-1741
*robert@guptawessler.com*

LEE H. OGBURN (MD Bar 00018)
Maryland Legal Aid
500 E. Lexington Street

Baltimore, Maryland 21202
t: (410) 951-7777
f: (410) 951-7768
*logburn@mdlab.com*

JENNIFER D. BENNETT*
GUPTA WESSLER LLP
505 Montgomery Street
Suite 625
San Francisco, CA 94111
(415) 573-0336

*Admitted pro hac vice