IN THE UNITED STATES DISTRIC COURT

FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| EDMONDSON COMMUNITY ORGANIZATION, INC., et al.<br><br>*Plaintiffs*,<br><br>v.<br><br>MAYOR AND CITY COUNCIL OF BALTIMORE, et al.<br><br>*Defendants*. | **Civil Action No. 1:24-cv-01921-BAH** |

**MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR EXTENSION OF TIME**

Edmondson Community Organization, Inc., and Bonita Anderson move for a three-day extension of time to oppose East Coast Tax Auction LLC and Tempest LLC's letter motion to stay or, in the alternative, for leave to file an interlocutory appeal. This Court ordered the plaintiffs to respond by October 21. Robert Friedman, who will be taking lead responsibility for drafting the opposition, has an Eighth Circuit argument that day and will be traveling to and from the argument on October 19 and 21.

Three additional days would ensure that the plaintiffs can adequately present their opposition. Although East Coast and Tempest have filed one letter motion, it contains four separate requests for relief to which the plaintiffs must respond: a stay of the proceedings and certification for interlocutory appeal of three separate legal issues that each require separate analysis.

East Coast and Tempest consent to this request.

1

For the reasons set forth, the plaintiffs respectfully request that they be permitted three additional days to respond.

Dated: October 15, 2025                                     Respectfully submitted,

/s/ *Robert D. Friedman*
ROBERT D. FRIEDMAN*
DEEPAK GUPTA*
GUPTA WESSLER LLP
2001 K Street, NW
Suite 850 North
Washington, DC 20006
(202) 888-1741
*robert@guptawessler.com*

LEE H. OGBURN (MD Bar 00018)
Maryland Legal Aid
500 E. Lexington Street
Baltimore, Maryland 21202
t: (410) 951-7777
f: (410) 951-7768
*logburn@mdlab.com*

JENNIFER D. BENNETT*
GUPTA WESSLER LLP
505 Montgomery Street
Suite 625
San Francisco, CA 94111
(415) 573-0336

*Admitted pro hac vice

2