**IN THE UNITED STATES DISTRIC COURT**

**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| EDMONDSON COMMUNITY ORGANIZATION, INC., et al.<br><br>*Plaintiffs*,<br><br>v.<br><br>MAYOR AND CITY COUNCIL OF BALTIMORE, et al.<br><br>*Defendants*. | **Civil Action No. 1:24-cv-01921-BAH** |

**[PROPOSED] ORDER**

Upon consideration of the plaintiffs' motion for a three-day extension of time to respond to East Coast Tax Auction LLC and Tempest LLC's letter motion to stay or, in the alternative, for leave to file an interlocutory appeal, the motion is GRANTED. The plaintiffs' response is due October 24, 2025.

Dated: _____  _____

Hon. Brendan A. Hurson

United States District Judge
