# Exhibit A



Robert Friedman <robert@guptawessler.com>

## ECO v. Baltimore

**Ogburn, Lee** <logburn@mdlab.org>                                                Wed, Sep 17, 2025 at 4:23 PM
To: Elliott Engel <ee@bbelaw.com>, Robert Friedman <robert@guptawessler.com>
Cc: Kristi Gennette <kg@bbelaw.com>

Elliott,

We have discussed your request that the plaintiffs join or consent to a motion asking the court to certify issues for an interlocutory appeal. The plaintiffs decline to join or consent to such a motion.

You also asked for an additional two weeks to answer because you believe a certification motion may be better received if filed before all the parties answer. Since the plaintiffs will oppose a motion to certify issues for an interlocutory appeal, they decline to consent to additional two weeks for East Coast and the City to respond to the amended complaint.

Lee

---

**From:** Elliott Engel <ee@bbelaw.com>
**Sent:** Tuesday, September 16, 2025 2:31 PM
**To:** Ogburn, Lee <logburn@mdlab.org>; Robert Friedman <robert@guptawessler.com>
**Cc:** Kristi Gennette <kg@bbelaw.com>
**Subject:** RE: ECO v. Baltimore


Lee,


Thank you.   Let's do 2:30 pm tomorrow please.


I'll send out a Zoom invite.


Kind regards,


Elliott


**Elliott Engel, Esq.**
*Partner*
**P:** 667-217-5150 | **E:** ee@bbelaw.com
**MD:** 1777 Reisterstown Road, Suite 265 | Baltimore, MD 21208
**NY:** 978 Route 45, Suite 107 | Pomona, New York 10970
bbelaw.com

**BBE | BERMAN BOYLE ENGEL**
ATTORNEYS AT LAW

**From:** Ogburn, Lee <logburn@mdlab.org>
**Sent:** Tuesday, September 16, 2025 1:45 PM
**To:** Elliott Engel <ee@bbelaw.com>; Robert Friedman <robert@guptawessler.com>
**Cc:** Kristi Gennette <kg@bbelaw.com>
**Subject:** RE: ECO v. Baltimore

Elliiott,

Rob and I are available tomorrow between 9:15 and 11:00 and between 2:00 and 3:00.

---

**From:** Elliott Engel <ee@bbelaw.com>
**Sent:** Tuesday, September 16, 2025 12:59 PM
**To:** Ogburn, Lee <logburn@mdlab.org>; Robert Friedman <robert@guptawessler.com>
**Cc:** Kristi Gennette <kg@bbelaw.com>
**Subject:** ECO v. Baltimore

Lee and Robert,

I hope you're doing well.

Can you please advise of your availability this afternoon or tomorrow for a call regarding the case.

Thank you,

Elliott


**Elliott Engel, Esq.**
*Partner*
**P:** 667-217-5150 | **E:** ee@bbelaw.com
**MD:** 1777 Reisterstown Road, Suite 265 | Baltimore, MD 21208
**NY:** 978 Route 45, Suite 107 | Pomona, New York 10970
bbelaw.com



Notice: This e-mail is from Maryland Legal Aid, a not-for-profit law firm. It is intended solely for the use of the individual(s) to whom it is addressed. The contents of this message, together with any attachments, may contain information that is legally privileged, confidential and/or exempt from disclosure. If you believe you have received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer, and do not copy or disclose it to anyone else. If you properly received this e-mail as a client, co-counsel, employee, agent or retained expert of Maryland Legal Aid, you should maintain its contents in confidence in order to preserve any applicable privileges.
Notice: This e-mail is from Maryland Legal Aid, a not-for-profit law firm. It is intended solely for the use of the individual(s) to whom it is addressed. The contents of this message, together with any attachments, may contain information that is legally privileged, confidential and/or exempt from disclosure. If you believe you have received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer, and do not copy or disclose it to anyone else. If you

properly received this e-mail as a client, co-counsel, employee, agent or retained expert of Maryland Legal Aid, you should maintain its contents in confidence in order to preserve any applicable privileges.