**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)**

EDMONDSON COMMUNITY   *
ORGANIZATION, INC., *et. al.,*

   *

   *Plaintiffs,*

   *

   v.       Civil Action No. 1:24-cv-01921-BAH

   *

MAYOR AND CITY COUNCIL
OF BALTIMORE, *et. al.,*    *

   *Defendants.*    *

**PROPOSED ORDER TO CERTIFY QUESTIONS OF LAW TO
THE SUPREME COURT OF MARYAND**

Accordingly, pursuant to the Maryland Uniform Certification of Questions Act and

Maryland Rule 8–305, it is hereby, this ___ day of _____ 2025, ORDERED, that:

The following questions of law are certified to the Supreme Court of Maryland:

1.  Does the City's tax collector sell the real property, on which property taxes are in arrears, or a lien on that property at the public auction provided in Md. Code Ann. TP §§ 14-817, 14-817.1?

2.  Does "[a]ny balance over the amount required for the payment of taxes, interest, penalties, and costs of sale" under Md. Code Ann. TP § 14-818(a)(4) refer to the net proceeds from "the balance of the purchase price [that] has been paid in full" under TP § 14-818(a)(2)?

3.  Does the City's statutory obligation to pay "the person entitled to the balance" "[a]ny balance over the amount required for the payment of taxes, interest, penalties, and costs of sale" under TP § 14-818(a)(4)(i), obligate the City to pay Plaintiffs for equity or value in title to real property, or just the amount of the bid at the tax sale auction over the amount of taxes, interest, penalties, and costs of sale?

4.     Does the judgment entered pursuant to Md Code Ann. TP § 14-844 extinguish all private property interests in the equity or value of title to real property?

5.     Do Plaintiffs retain private property interests in "surplus equity" or "excess value" of real property protected by the Takings Clause of the Fifth Amendment after the City's tax collector "deliver[s] a proper deed to the purchaser" under Md. Code Ann. TP §§ 14-818(a)(3) & 14-847?

6.     Does Maryland law allow the City to sell real property to enforce liens for unpaid taxes through any statutory procedure other than the tax sale process provided in Part III of Subtitle 8 of Title 14 of the Tax Property Article of the Maryland Code (§14-808 to § 14-863)?

The Supreme Court of Maryland, acting as the receiving court, may reformulate these certified questions.

The certified questions arise from the facts, as stated in the motion for an order certifying questions of law.

Within 10 days of the date of this Order, the parties shall each provide a check to the Clerk of this Court payable to the Clerk of the Supreme Court of Maryland for their respective halves of the filing fee for docketing regular appeals as required by Maryland Rule 8–305(b).

The Clerk of this Court shall transmit to the Maryland Supreme Court, under the official seal of this Court, the original and seven copies of this Order and the record including all pleadings, motions, decisions and rulings by this Court and other papers reflected in the docket entries.

The Clerk of this Court shall otherwise fulfill any request for all or part of the record simply upon notification from the Clerk of Court for the Supreme Court of Maryland.

The names and addresses of counsel of record are as follows:
Robert D. Friedman, Esq.
Deepak Gupta, Esq.
Gupta Wessler LLP
2001 K Street, NW
Suite 850 North
Washington, DC 20006

Jennifer D. Bennett, Esq.
Gupta Wessler LLP
505 Montgomery Street
Suite 625
San Francisco, California 94111

Lee H. Ogburn, Esq.
Maryland Legal Aid
500 E. Lexington Street
Baltimore, Maryland 21202

Elchanan Engel, Esq.
Berman, Boyle & Engel LLC
1777 Reisterstown Road, suite 265
Baltimore, Maryland 21208

Aaron D. Neal, Esq.
6404 Ivy Lane, suite 820
Greenbelt, Maryland 20770

Steven J. Potter, Esq.
Baltimore City Department of Law
City Hall
100 N. Holiday Street, First Floor
Baltimore, Maryland 21202

_____
Judge