IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| EDMONDSON COMMUNITY ORGANIZATION, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MAYOR AND CITY COUNCIL OF BALTIMORE, *et al.*, <br><br> Defendants. | Case No.: 1:24-cv-01921-BAH |

## NOTICE IN RESPONSE TO COURT'S JANUARY 29, 2026 ORDER

Pursuant to the Court's January 29, 2026 Order, Defendant East Coast Tax Auction LLC ("**ECTA**"), by and through its undersigned counsel, hereby informs the Court that it consents to Plaintiff and the Mayor and City Council of Baltimore's Joint Motion For Stay.

Date: January 30, 2026

        Respectfully submitted,

        /s/ *Elchanan "Elliott" Engel*
        Elchanan ("Elliott") Engel, Bar No. 28299
        **BERMAN, BOYLE & ENGEL LLC**
        1777 Reisterstown Road, Suite 265
        Baltimore, Maryland 21208
        667-217-5150
        ee@bbelaw.com

        *Attorney for East Coast Tax Auction, LLC*