IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| EDMONDSON COMMUNITY ORGANIZATION, INC. ET AL., | * |
| Plaintiffs, | * |
| v. | * |
| MAYOR AND CITY COUNCIL OF BALTIMORE ET AL., | *  Civil No. 24-1921-BAH |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

Upon consideration of the Joint Motion to Stay, ECF 74, filed by the Mayor and City Council of Baltimore, the Edmondson Community Organization, Inc., and Bonita Anderson, as well as the correspondence filed by East Coast Tax Auction LLC, ECF 77, and Tempest LLC, ECFs 76 and 78, and for good cause shown, it is hereby **ORDERED** that:

(1) The motion at ECF 74 is **GRANTED**;

(2) The case is **STAYED** for a period of two years from the date of this order;

(3) The pending motions at ECF 64 and ECF 70 are **DENIED** as moot; and

(4) The Clerk's Office is **DIRECTED** to administratively close this case, without prejudice to either party moving to reopen the proceedings as appropriate during or at the conclusion of the stay.

Dated: January 30, 2026

/s/
Brendan A. Hurson
United States District Judge